HARRISON v. STATE.    (No. 3498.)

(Court of Criminal Appeals of Texas. April 7, 1915.)

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

George Harrison was convicted of manslaughter, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This appeal is prosecuted from a conviction for manslaughter.

There is neither a bill of exceptions, nor a statement of facts. In the absence of these, no question is raised which can be reviewed.

The judgment is affirmed.

---

GORDON v. STATE.    (No. 3489.)

(Court of Criminal Appeals of Texas. March 31, 1915.)

Appeal from District Court, Collin County; M. H. Garnett, Judge.

William Gordon was convicted of manslaughter, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of manslaughter, and his punishment assessed at four years' confinement in the state penitentiary.

In the absence of a statement of facts, or any bill of exceptions, there is no ground in the motion for a new trial we can review.

The judgment is affirmed.